IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROY LYNN FOREHAND,

      Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of Corrections,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0606

Opinion filed March 3, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Roy Lynn Forehand, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, Jennifer Parker, General Counsel, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

WOLF, MAKAR, and OSTERHAUS, JJ., CONCUR.